No. 91–6443. FIGUEREDO-ALVAREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6445. SWINGLER v. GOLDBERG, COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 91–6446. BANKS v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 91–6447. BANKS v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 91–6448. CHRISTIAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6451. ROQUE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6452. RATLIFF v. DEEDS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6453. ROCHETTE v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 91–6458. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–6459. BLACK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6460. FIELDS v. CITY OF WEST PALM BEACH ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 91–6464. GREEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6466. SAMPSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6467. EASTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6470. ALANIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6471. FERGUSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.